Vicki J. DEHORNEY,
Plaintiff-Appellant,

v.

BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, a corporation; Teri Cooper, Defendant-Appellees.

No. 84–2252.

United States Court of Appeals,
Ninth Circuit.

Feb. 19, 1986.

ORDER

Before CANBY and NORRIS, Circuit Judges and JAMESON,* District Judge.

Action of this court on the petition for rehearing is stayed pending decision of the Supreme Court of California in *Foley v. Interactive Data Corp.*, 174 Cal.App.3d 282, 219 Cal.Rptr. 866 (1985), *review granted* January 30, 1986.

---

* The Honorable William J. Jameson, United States District Judge for the District of Montana, sitting by designation.

Lloyd NOLD, Petitioner,

v.

GUY F. ATKINSON COMPANY, and Employers Mutual Liability Insurance Company of Wisconsin, Respondents.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U.S. Dept. of Labor, Party in Interest,

DIRECTOR, OFFICE WORKERS' COMPENSATION PROGRAMS, U.S. DEPT. OF LABOR, Petitioner,

v.

GUY F. ATKINSON COMPANY and Employers Mutual Liability Insurance Company of Wisconsin, Respondents.

Nos. 79–7109, 79–7127.

United States Court of Appeals,
Ninth Circuit.

March 4, 1986.

Carin Ann Clauss, Sol., Mark C. Walters, Laurie M. Streeter, U.S. Dept. of Labor, Washington, D.C., for Nold, etc.

John R. Hillsman, McGuin, Hillsman & Palefsky, Michael A. Marks, B. James Finnegan, Kiernan & Finnegan, San Francisco, Cal., for Guy F. Atkinson Co., et al.

Before ANDERSON, Circuit Judge, and STEPHENS, District Judge *

ORDER

The parties having settled all issues in this case,

IT IS HEREBY ORDERED as follows:

The opinion filed herein on September 14, 1982 and published in the advance sheets, 687 F.2d 295, is permanently withdrawn.

The appeal is DISMISSED and all petitions for rehearing are denied as moot.

The parties shall bear their own costs on appeal.

---

* The Honorable Albert Lee Stephens, Jr., Senior United States District Judge for the Central District of California, sitting by designation.